

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00386-CV

| | | |
|---|---|---|
| VALECIA ASHLEY GRAY, Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-345934-23) |
| | § | June 5, 2025 |
| CREDO NIATI TSHIMBA, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker